# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE OGDON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND CANYON UNIVERSITY, INC., an Arizona corporation, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:20-cv-00709-DAD-SKO<br><br>**ORDER RE: THE PARTIES' STIPULATION**<br><br>(Doc. 21) |

### ORDER

On May 20, 2020, Plaintiff filed this case against Defendants Grand Canyon University, Inc. and Grand Canyon Education, Inc. (Doc. 1.) On July 14, 2020, Defendants Grand Canyon University, Inc. and Grand Canyon Education, Inc. filed a motion to dismiss and motion to strike. (Docs. 10, 11.) On August 4, 2020, Plaintiff filed a First Amended Complaint ("FAC"), naming three additional Defendants: Brian Mueller, Dan Bachus, and Stan Meyer. (Doc. 18.)

On August 10, 2020, the parties filed a "Stipulation to Extend Time for Response to First Amended Complaint," (Doc. 21). The stipulation states that Defendants Mueller, Bachus, and Meyer have not been served, but counsel for Defendants Grand Canyon University, Inc. and Grand Canyon Education, Inc. "has agreed to accept service on behalf of the individually named defendants." (*Id.* at 2.) The parties stipulate that all Defendants shall have until September 17, 2020, to respond to the FAC.

For good cause shown, the Court GRANTS the parties' stipulation. Defendants shall respond to the FAC by no later than September 17, 2020.

IT IS SO ORDERED.

Dated: **August 10, 2020**               /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE